# REQUEST FOR SUMMONS UPON FILING OF AN INDICTMENT

TO: Clerk, United States District Court
District of North Dakota

DEC - 8 2005
EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT-NORTH DAKOTA

The Grand Jury, on __December 8__, 20 __05__, returned an Indictment against

4:05-cr-103-02

__RUSTY MASON__

charging the following:

18 U.S.C. §§ 2244(a)(2) and 1153 - Abusive Sexual Contact

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a __SUMMONS__ directed to the above-named defendant.

[X] The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

[ ] The United States recommends that:

[ ] bail be set at $ _____

[ ] defendant be detained without bail.

COMMENTS:

Dated this __8th__ day of __December__, 20 __05__.

DREW H. WRIGLEY
United States Attorney