

FILED
JUL 26 2006
EDWARD J. KLECKER, CLERK
U.S. DISTRICT COURT - NORTH DAKOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

USA

-vs-                                Case No. 4:05-cr-103-02

Rusty Mason

## RECEIPT

RECEIVED from the Office of the Clerk, the following exhibits in the above captioned case:

Government Exhibits

Dated: 7-26-06

_____
Jean Vetsch for
Rick Volk